**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Kenneth B. Chaiken and Chaiken & Chaiken, P.C.

Appellate case number:   01-21-00200-CV

Trial court case number:  1156293

Trial court:                    County Civil Court at Law No. 1 of Harris County

Relators, Kenneth B. Chaiken and Chaiken & Chaiken, P.C., filed a petition for writ of mandamus and a corresponding motion for temporary relief to stay the trial court's order that relators pay $50,000.00 in sanctions on or before today, April 23, 2021. We **grant** the motion for temporary relief and stay enforcement of the sanctions order signed on April 13, 2021 by the Honorable George Barnstone. This order will remain in effect until relator's petition for writ of mandamus is finally decided or until further order from this Court.

The Court requests that real parties in interest respond to relator's petition for writ of mandamus by May 13, 2021.

It is so ORDERED.


Judge's signature:_____/s/Julie Countiss_____
                              Acting individually


Date:  April 23, 2021